HOME LOAN
A DIVISION OF OCEAN BANK

**Priority Code 05C-HN02EQ-3CZ**

Pamela J Phillips A2C1
8835 Storm Wood St
Bammel, TX 77040-3445

Dear Pamela J Phillips,

Good news! Home Loan is happy to extend a firm offer of credit to you of **$25,000, $50,000, $100,000** or more. That's right, based on your credit history obtained through a national credit bureau and because of your standing as a homeowner, we are able to make this exciting offer for a home equity loan.

**With a home equity loan from Home Loan you can:**

**Reduce Your Monthly Payments:** If you are burdened by credit card bills and other debts, taking out a Home Equity Loan with us could **save you hundreds of dollars or more each month.** And since interest on home equity loans can be up to 100% tax deductible[1], you can save even more come tax time.

**Receive Extra Cash NOW:** You can use the money you receive from our Home Equity Loan for whatever purpose you choose. The money could be used for home improvements, buying a car, paying for college tuition or for taking that vacation you deserve...**Use the money however you want!**

**Refinance At A Lower Rate:** Stop paying too much in monthly mortgage payments! As a division of a Federal Savings Bank, we lend our own money and have access to the lowest possible rates. Let us help you lower your mortgage interest rate, and ultimately **reduce your monthly payments**, even if your credit is less-than-perfect.

Sincerely,

John Adams

John Adams, Senior Loan Officer

**P.S. We would love to help save you money!** The call is free and there is no obligation. You have nothing to lose – except maybe some high interest payments!

**So don't delay, apply today.**

Call: 1-800-223-1700 x299

HLF3 Apply online: www.homeloanbank.com

**Free Gift:**
Receive a FREE Walmart Gift Card with every closed loan.

**Low Bank Rates:**
Deal direct. We lend our own money.

**Peace of Mind:**
A division of a Federally Regulated Savings Bank.

**Loans for All Types of Borrowers:**
Over 70 loan programs for homeowners of all credit levels.

**Speed:**
Same-day loan approvals. Close your loan within 10 days.

**Personal Service:**
Receive 1-on-1 attention from our experienced loan advisors.

---

Loans from $10,000 up to $500,000 or more ☐ Yes, I'm interested in a Homeowner Loan!

Fill out the application below, return in the postage paid envelope provided and a loan officer will contact you.

Borrower

Pamela J Phillips
8835 Storm Wood St
Bammel, TX 77040-3445

Check Best phone number to reach you
☐ Home Phone ( )
☐ Work Phone ( )
Best time to call ☐ AM ☐ PM
Email: ______

Monthly Income $ ______
Requested Loan Amount $ ______
Borrower Soc. Sec.# ______
Co-Borrower ______
Co-Borrower Soc. Sec.# ______
Property Details:
Year Purchased ______ Purchase Amt ______
Current Market Value ______
Current Mortgage Balance ______
Loan Purpose: ______

P.O. Box 2232
Houston, TX 77252-9717

I understand my credit report will be evaluated. ☐ (Please check box).

05C-HN02EQ-3CZ

**EXHIBIT A**

Privacy Policy

We understand the importance of protecting your personal information. We uphold physical, electronic and procedural safeguards in compliance with federal standards to safeguard your non-public personal information. Access to your personally identifiable financial information is limited to employees with a specific business reason for utilizing this data. Our employees are educated about the importance of maintaining confidentiality and customer privacy. In order to prevent unauthorized access to your information, we maintain security standards and procedures that conform with industry practices. These security standards and procedures are routinely tested to verify the integrity of our systems. We do not sell our existing or former customers' non-public personal information nor do we share our current or previous customers' non-public personal information with affiliates or non-affiliated third parties except as permitted or required by law.

Pre-qualification

This offer is extended because you appear to satisfy our criteria for credit worthiness contained in a pre-qualifying report received from a credit bureau used by us. The credit may not be extended if after you responded to the offer, you do not meet the criteria used to select you for the offer or if you do not furnish any required collateral. Applicable credit worthiness criteria may include equity in your home and debt-to-income ratio.

Removal from mailing lists

You have the right to prohibit information contained in your file with any consumer reporting agency from being used in connection with any credit transaction that is not initiated by you. To exercise this right you may contact Experian Opt-Out, P.O. Box 919, Allen TX 75013-0919; TransUnion, Marketing Opt-Out, P.O. box 97328, Jackson, MS 39288-7328; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, or by calling the national Opt-Out telephone number 1-888-567-8688 with instructions not to release information contained in your consumer report for an offer of credit unless you initiated it.

†Ask your Tax Advisor for Details

LENDER

Member FDIC