HOME LOAN

**FREE GIFT:**
**Receive a FREE Savers Club® Book with every closed loan.**

**PRIORITY CODE 05K-OL08TU-3DA**

AUTOCR C-048
James Preston Miller
1433 Compton St
Brandon, FL 33511-9369

# YOU ARE PRE-APPROVED!

**LOW BANK RATES:**
**Deal direct. We lend our own money.**

Dear James Preston Miller,

Good news! Home Loan is happy to extend a firm offer of credit to you of **$10,000 and you may be eligible for up to $500,000 or more.** That's right, based on your credit history obtained through a national credit bureau and because of your standing as a homeowner, we are able to make this exciting offer for a home equity loan*.

**With a home equity loan from Home Loan you can:**

- **Reduce Your Monthly Payments:** If you are burdened by credit card bills and other debts, taking out a Home Equity Loan with us could save you **hundreds of dollars or more each month.** And since interest on home equity loans can be up to 100% tax deductible', you can save even more come tax time.
- **Receive Extra Cash NOW:** You can use the money you receive from our Home Equity Loan for whatever purpose you choose. The money could be used for home improvements, buying a car, paying for college tuition or for taking that vacation you deserve... ***Use the money however you want!***
- **Refinance At A Lower Rate:** Stop paying too much in monthly mortgage payments! As a division of Federal Savings Bank, we lend our own money and have access to some of the lowest rates. Let us help you lower your mortgage interest rate, and ultimately **reduce your monthly payments,** even if your credit is less-than-perfect.

**PEACE OF MIND:**
**A division of a Federally Regulated Savings Bank.**

**LOANS OF ALL TYPES:**
**Over 70 loan programs with a wide variety of payment options.**

**SPEED:**
**Close your loan within 10 days.**

Sincerely,

John Adams

John Adams, Senior Loan Officer

**PERSONAL SERVICE:**
**Receive 1-on-1 attention from our experienced loan advisors.**

**P.S. We would love to help save you money!** The call is free and there is no obligation. You have nothing to lose—except maybe some high interest payments!

**Don't delay.**
**To accept call:**

Visit our website at www.homeloanbank.com.

**You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.**

HLF8

* *See reverse for important information.* '*Ask your tax advisor for details*

**Loans beginning at $10,000 ■ YES, I WOULD LIKE TO ACCEPT THIS OFFER FOR A HOMEOWNER LOAN!**

James Preston Miller
1433 Compton St
Brandon, FL 33511-9369

*(check one)*
☐ Hm ( )
Wk ( )
Best time to call ☐ AM ☐ PM
Email:

Monthly Income: $
Requested Loan Amount: $
Co-Borrower:

Year Purchased: Purchase Amount:
Current Market Value:
Current Mortgage Balance:
Loan Purpose:

P.O. Box 621254
Orlando, FL 32862-9944

05K-OL08TU-3DA

**EXHIBIT B**

**PRIVACY POLICY**

We understand the importance of protecting your personal information. We collect nonpublic personal information about you in applications, other forms, your transactions with us, and from consumer reporting agencies such as: Equifax, TransUnion and Experian. We uphold physical, electronic and procedural safeguards in compliance with federal standards to safeguard your non-public personal information. Access to your personally identifiable financial information is limited to employees with a specific business reason for utilizing this data. Our employees are educated about the importance of maintaining confidentiality and customer privacy. In order to prevent unauthorized access to your information, we maintain security standards and procedures that conform to industry practices. These security standards and procedures are routinely tested to verify the integrity of our systems. We do not sell our existing or former customers' non-public personal information nor do we share our current or previous customers' non-public personal information with affiliates or non-affiliated third parties except as permitted or required by law.

**<u>PRESCREEN & OPT-OUT NOTICE:</u> This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies' toll-free Opt-out number at 1-888-567-8688; or write Experian Opt-Out, P.O. Box 919, Allen TX 75013-0919; TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288-7328; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123.**

EQUAL HOUSING LENDER

Member FDIC