AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PAMELA J. PHILLIPS, ET AL

V.

OCEAN FINANCIAL CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 457 T

TO: (Name and address of Defendant)

John M. Murphy, Registered Agent
244 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew T. Oliverio
Raymond A. Marcaccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/2/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/23/05 |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other (specify): I, Stephen J. MacGillivray, Esquire, hereby accept service on behalf of Defendants Ocean Financial Corp. and Home Loan Bank.

Signature [signature]

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date Signature of Server

____________________
Address of Server

DISTRICT OF RHODE ISLAND
DISTRICT COURT

2005 DEC -6 A 11: 35

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED