**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

PAMELA J. PHILLIPS, *et al.*,

Plaintiffs,

v.

OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,

Defendants.

C.A. No. 05-457-T-DLM

---

**DEFENDANT OCEAN FINANCIAL CORPORATION'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ocean Financial Corporation, a nongovernmental corporate party, discloses that:

(a) "Home Loan Bank" is not the proper name for any subsidiary or parent company of Ocean Financial Corporation;

(b) Ocean Financial Corporation has no parent corporation; and

(c) No publicly held corporation owns 10 percent or more of Ocean Financial Corporation's stock.

Dated: January 27, 2006

Respectfully submitted,

Stephen J. MacGillivray
Bar Number: 5416
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Email: smacgillivray@eapdlaw.com

Attorney for the Defendant
Ocean Financial Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27th day of January, 2006, I caused a true and correct copy of the foregoing Defendant Ocean Financial Corporation's Rule 7.1 Disclosure Statement to be served by first-class mail, properly addressed and postage prepaid, on Plaintiffs' counsel of record at their last known addresses, as follows:

Matthew Thomas Oliverio
Raymond A. Maraccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

Gary B. Friedman
Noah Shube
FRIEDMAN & SHUBE
155 Spring Street
New York, NY 10012

David S. Markum
Edward Zusman
MARKUN, ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Los Angeles, CA 90272

STEPHEN J. MACGILLIVRAY