UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 25 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| PAMELA J. PHILLIPS and JAMES PRESTON MILLER, on behalf of themselves and all similarly situated persons,<br>Plaintiffs,<br><br>v.<br><br>OCEAN FINANCIAL CORPORATION and HOME LOAN BANK,<br>Defendants. | ) | C.A. No. 05-457L T |

**STIPULATION**

By agreement of the parties, the Defendants, Ocean Financial Corporation and Home Loan Bank, may have up to and including January 27, 2006 to answer or otherwise respond to the Plaintiffs' Complaint.

Matthew T. Oliverio ($3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
401.861.2900
401.861.2922 (fax)

Attorney for Plaintiffs,
Pamela J. Phillips and
James Preston

Dated: 1/23/06

Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 (fax)

Attorney for Defendant,
Ocean Financial Corporation and
Home Loan Bank

Dated: 1/23/06

Enter: Mary M. Lisi
US DJ 1/27/06

SCANNED