**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

---------------------------------------------------------------------x

**PAMELA J. PHILIPS and JAMES PRESTON MILLER on behalf of themselves and all similarly situated persons,**

**Plaintiffs,**

**- against -**

**OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,**

**Defendants.**

---------------------------------------------------------------------x

**C.A. No. 05-457-T-DLM**

**STIPULATION PERTAINING TO RESPONSE TO MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action as follows: Plaintiffs shall have until March 1, 2006, to serve their papers in opposition to Defendants' Motion to Dismiss.

PLAINTIFFS

By their Attorney

Mathew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 fax

DEFENDANTS

By their Attorney

Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax

Ernest C. Torres

ENTER

Dated: 2/14/06

PER ORDER