UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Pamela J. Phillips
Plaintiff(s)

v. Dkt. No. 05-457-T-DLM

Ocean Financial Corporation, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Plaintiff Pamela J. Phillips hereby moves that Kevin K. Eng be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Pamela J. Phillips
(Plaintiff/Defendant)

By: Matthew T. Oliverio
Bar ID No.: 3372
Oliverio & Marcaccio LLP
Address: 55 Dorrance St.
Suite 400
Providence, RI 02903

DATED: March 2, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) Northern Dist. CA, Central Dist. CA, Southern Dist. CA, 9th Cir. Ct. of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Kevin K. Eng, State Bar No. 209036

Print Name State Bar ID #

Markun Zusman & Compton LLP

Firm Name

465 California St., Suite 500
San Francisco, CA 94104

Business Address

415-438-4515 415-434-4505
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Matthew T. Oliverio, #3372
Print Name R.I. Bar ID #

Oliverio & Marcaccio LLP
Firm and Business Address
55 Dorrance St., Suite 400
Providence, RI 02903
Tel. # (401) 861-2900 Fax # (401) 861-2922

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date:

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *MOTION FOR ADMISSION PRO HAC VICE* was mailed, postage prepaid, to the following counsel of record on the 6th day of March, 2006.

Stephen J. MacGillivray, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Paul M. Honigberg, Esquire
Carol E. Elbert, Esquire
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037

Nadine Hendrickson