**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAMELA J. PHILLIPS, *et al.*,

Plaintiffs,

v.

OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,

Defendants.

C.A. No. 05-457-T-DLM

**DEFENDANT'S MOTION TO WITHDRAW APPEARANCE**

Ocean Bank, F.S.B., by Stephen J. MacGillivray of Edwards Angell Palmer & Dodge, one of its attorneys, hereby moves this Court for an Order granting leave to withdraw the appearances of Paul M. Honigberg and Carolyn Elbert of the law firm Blank Rome LLP. Ocean Bank makes this motion pursuant to Local General Rule 206(e)(2) of the Rules of this Court. This motion is based on the declarations of Paul M. Honigberg and Carolyn E. Elbert, served and filed herewith. Ocean Bank will continue to be represented by Stephen MacGillivray of Edwards Angell Palmer & Dodge.

DATED: March 22, 2006

Respectfully submitted,

Stephen J. MacGillivray
Bar Number: 5416
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Email: smacgillivray@eapdlaw.com

Attorney for the Defendant
Ocean Financial Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of March, 2006, I caused a true and correct copy of the foregoing Defendant's Motion to Withdraw Appearance to be served by first-class mail, properly addressed and postage prepaid, on Plaintiffs' counsel of record at their last known addresses, as follows:

Matthew Thomas Oliverio
Raymond A. Maraccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

Gary B. Friedman
Noah Shube
FRIEDMAN & SHUBE
155 Spring Street
New York, NY 10012

David S. Markum
Edward Zusman
MARKUN, ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Los Angeles, CA 90272

STEPHEN J. MACGILLIVRAY