**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

PAMELA J. PHILLIPS, *et al.*,

Plaintiffs,

v.

OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,

Defendants.

C.A. No. 05-457-T-DLM

---

## DECLARATION OF PAUL M. HONIGBERG

1. I am a partner in Blank Rome LLP. My business address is 600 New Hampshire Avenue, N.W., Suite 1200, Washington, D.C. 20037.

2. I make this declaration in support of the Defendant's Motion to Withdraw Appearance pursuant to Local General Rule 206(e)(2) of the Rules of this Court.

3. Ocean Bank, F.S.B., is a corporate entity. Therefore, the provisions of Local General Rule 206(e)(2)(A) do not apply.

4. Ocean Bank, F.S.B. is fully informed of this action, and has consented to the withdrawal of my appearance.

5. Stephen J. MacGillivray of Edwards Angell Palmer & Dodge will continue to represent Ocean Bank, F.S.B.

6. Defendant's Motion to Dismiss Plaintiffs' Complaint is currently pending in this case. Mr. MacGillivray will represent the Bank at this hearing on this motion, which is presently scheduled for April 13, 2006. The trial date for this matter has not been set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2006

Paul M. Honigberg

PAUL M. HONIGBERG