**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAMELA J. PHILLIPS, *et al.*,

Plaintiffs,

v.

OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,

Defendants.

C.A. No. 05-457-T-DLM

**DEFENDANT'S MOTION TO WITHDRAW APPEARANCE**

Ocean Bank, F.S.B., by Stephen J. MacGillivray of Edwards Angell Palmer & Dodge, one of its attorneys, hereby moves this Court for an Order granting leave to withdraw the appearances of Paul M. Honigberg and Carolyn Elbert of the law firm Blank Rome LLP. Ocean Bank makes this motion pursuant to Local General Rule 206(e)(2) of the Rules of this Court. This motion is based on the declarations of Paul M. Honigberg and Carolyn E. Elbert, served and filed herewith. Ocean Bank will continue to be represented by Stephen MacGillivray of Edwards Angell Palmer & Dodge.

GRANTED

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

5/2/06

DATED: March 22, 2006

Respectfully submitted,

Stephen J. MacGillivray
Bar Number: 5416
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Email: smacgillivray@eapdlaw.com

Attorney for the Defendant
Ocean Financial Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of March, 2006, I caused a true and correct copy of the foregoing Defendant's Motion to Withdraw Appearance to be served by first-class mail, properly addressed and postage prepaid, on Plaintiffs' counsel of record at their last known addresses, as follows:

Matthew Thomas Oliverio
Raymond A. Maraccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

Gary B. Friedman
Noah Shube
FRIEDMAN & SHUBE
155 Spring Street
New York, NY 10012

David S. Markum
Edward Zusman
MARKUN, ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Los Angeles, CA 90272

STEPHEN J. MACGILLIVRAY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAMELA J. PHILLIPS, *et al.*,

Plaintiffs,

v.

OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,

Defendants.

C.A. No. 05-457-T-DLM

**DECLARATION OF PAUL M. HONIGBERG**

1. I am a partner in Blank Rome LLP. My business address is 600 New Hampshire Avenue, N.W., Suite 1200, Washington, D.C. 20037.

2. I make this declaration in support of the Defendant's Motion to Withdraw Appearance pursuant to Local General Rule 206(e)(2) of the Rules of this Court.

3. Ocean Bank, F.S.B., is a corporate entity. Therefore, the provisions of Local General Rule 206(e)(2)(A) do not apply.

4. Ocean Bank, F.S.B. is fully informed of this action, and has consented to the withdrawal of my appearance.

5. Stephen J. MacGillivray of Edwards Angell Palmer & Dodge will continue to represent Ocean Bank, F.S.B.

6. Defendant's Motion to Dismiss Plaintiffs' Complaint is currently pending in this case. Mr. MacGillivray will represent the Bank at this hearing on this motion, which is presently scheduled for April 13, 2006. The trial date for this matter has not been set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2006

Paul M. Honigberg

PAUL M. HONIGBERG

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAMELA J. PHILLIPS, *et al.*,<br>Plaintiffs,<br>v.<br>OCEAN FINANCIAL CORPORATION AND HOME LOAN BANK,<br>Defendants. | : | C.A. No. 05-457-T-DLM |

**DECLARATION OF CAROLYN E. ELBERT**

1. I am an associate employed by Blank Rome LLP. My business address is 600 New Hampshire Avenue N.W., Suite 1200, Washington, D.C. 20037.

2. I make this declaration in support of the Defendant's Motion to Withdraw Appearance pursuant to Local General Rule 206(e)(2) of the Rules of this Court.

3. Ocean Bank, F.S.B., is a corporate entity. Therefore, the provisions of Local General Rule 206(e)(2)(A) do not apply.

4. Ocean Bank, F.S.B., is fully informed of this action, and has consented to the withdrawal of my appearance.

5. Stephen J. MacGillivray of Edwards Angell Palmer & Dodge will continue to represent Ocean Bank, F.S.B.

6. Defendant's Motion to Dismiss Plaintiffs' Complaint is currently pending in this case. Mr. MacGillivray will represent the Bank at this hearing on this motion, which is presently scheduled for April 13, 2006. The trial date for this matter has not been set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2006

Carolyn E. Elbert

CAROLYN E. ELBERT