UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA J. PHILLIPS, ET AL.

Plaintiffs

v.                                               C.A. No. 05-457T

HOME LOAN BANK AND
OCEAN FINANCIAL CORPORATION

Defendants

### ORDER GRANTING MOTION TO STAY PROCEEDINGS

For reasons stated in open court on May 24, 2006, defendants' motion to stay proceedings is hereby granted. Proceedings in this case are stayed for a period of twenty (20) days pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

By Order

/s/
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 5/30/06