**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAMELA J. PHILLIPS, ET AL.

Plaintiffs

v. C.A. No. 05-457T

HOME LOAN BANK AND
OCEAN FINANCIAL CORPORATION

Defendants

**ORDER GRANTING MOTION TO STAY PROCEEDINGS**

For reasons stated in open court on May 24, 2006, defendants' motion to stay proceedings is hereby granted. Proceedings in this case are stayed for a period of twenty (20) days pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 5/30/06